USDC SCAN INDEX SHEET






PRICE

COUNTY OF SAN DIEGO

ACR
3:94-CV-01917
*57*
*STIPO.*

```
 1  JOHN SANSONE, County Counsel (Acting) (State Bar No. 103060)
    County of San Diego
 2  DIANE BARDSLEY, Chief Deputy (State Bar No. 81525)
    By RICKY R. SANCHEZ, Deputy (State Bar No. 107559)
 3  1600 Pacific Highway, Room 355
    San Diego, California 92101-2469
 4  Telephone (619) 531-4874

 5  Attorneys for Defendants County of San Diego, Sheriff Jim Roache,
        John Groff, Steven Clause, Mark Talley and Samuel Sheppard
 6
```

FILED
JUL 29 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN PRICE, an individual; ANN PRICE, as Guardian ad Litem of BENJAMIN PRICE, a Minor and UNBORN BABY PRICE, a Minor in Utero; ROBERT PRICE; MARGARET PRICE and the ESTATE OF DANIEL L. PRICE, deceased, through its Administrator, ANN PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JOHN GROFF; STEVEN CLAUSE; MARK TALLEY; JIM ROACHE; SAM SHEPPARD; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 94-1917 R (AJB)<br><br>STIPULATION |

The parties through their respective attorneys of record hereby stipulate as follows:

1. The trial testimony of plaintiffs' expert, Richard Alan Sobel, Ph.D., will be limited to the subject of decedent Daniel Price's ability to reenter the workplace.

2. Said restriction on the testimony of Richard Alan Sobel, Ph.D., is stipulated to by plaintiffs although defendants will seek to




1 | introduce the psychological records of Ann Price and decedent Daniel
2 | Price which were generated prior to the date of Daniel Price's death, subject to plaintiffs' objection re admission of such records.
3 | 3. No evidence regarding any of plaintiffs' psychological
4 | conditions, development of or potential to develop physical ailments
5 | and conditions subsequent to or as a result of the death of Daniel
6 | Price shall be admitted at trial.
7 | 4. Defendants' request for an order compelling the mental
8 | examinations of plaintiffs Ann Price and Benjamin Price filed on
9 | May 22, 1996, for decision by the Magistrate Judge Anthony J.
10 | Battaglia, is to be taken off calendar.

DATED: 7/17/96

JOHN SANSONE, County Counsel (Acting)
DIANE BARDSLEY, Chief Deputy

By _____
RICKY R. SANCHEZ, Deputy
Attorneys for Defendants County of San Diego,
Sheriff Jim Roache, John Groff, Steven Clause
Mark Talley and Samuel Sheppard

DATED: 7-16-96

TROST, STREET, WOODS AND MESSINA

BY _____
CHARLES R. WOODS, ESQ.
Attorneys for Plaintiffs Ann Price,
Robert Price, and Margaret Price

(A:\STIPULAT.WPD)

IT IS SO ORDERED:

DATED: 7/25/96

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT