USDC SCAN INDEX SHEET











PRICE

COUNTY OF SAN DIEGO

TB   11/6/97   9:57
3:94-CV-01917
*177*
*DECL.*

CHARLES R. WOODS, ESQ. (SB#95697)
TROST, STREET, WOODS & MESSINA
1202 Kettner Boulevard, Suite 4300
San Diego, California 92101
(619) 233-7633

Attorneys for Plaintiffs



FILED

NOV - 5 1997

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ANN PRICE, an individual;          )    CASE NO. 94-1917R (AJB)
ANN PRICE, as Guardian ad          )
Litem of BENJAMIN PRICE, a         )    DIRECT EXAM/TRIAL
Minor and UNBORN BABY PRICE,       )    DECLARATION OF PLAINTIFFS'
a Minor in Utero; ROBERT           )    EXPERT PATHOLOGIST, DONALD T.
PRICE; MARGARET PRICE and the      )    REAY, M.D.
Estate of DANIEL L. PRICE,         )
deceased, through its              )
Administrator, ANN PRICE,          )
                                   )    TRIAL DATE:  11-12 July 29, 1997
              Plaintiffs,          )    TIME      :  9:00 a.m.
                                   )    COURTROOM :  5
v.                                 )    JUDGE     :
                                   )    HONORABLE JOHN S. RHOADES
COUNTY OF SAN DIEGO;               )
JOHN GROFF; STEVEN CLAUSE;         )
MARK TALLEY; JIM ROACHE;           )
SAM SHEPARD; and DOES I            )
through 50, inclusive,             )
                                   )
              Defendants.          )
_____)

I, DONALD T. REAY, M.D., declare and if called as a witness would competently testify to the following from my own personal knowledge:

1.    That I am plaintiffs' retained expert witness in the area of anatomic, clinical and forensic pathology in the above-captioned case.

2.    That I am the Chief Medical Examiner for King County,



1

ORIGINAL

Seattle, Washington.  My Curriculum Vitae is attached hereto as Exhibit 1 and incorporated by this reference.

3.   That since 1982 I have been evaluating deaths involving police restraint techniques and the phenomenon known as positional asphyxia.  My studies have been primarily concerned with the sometimes fatal interplay of persons restrained by various police restraint techniques.  I have also read the autopsy report on DAN PRICE, conducted by John W. Eisele, M.D., deputy Medical Examiner of San Diego.  I have also read the hospital records on Mr. PRICE, after he was transported from the scene of the hogtying and restraint, to Pomerado Hospital.

4.   I have read the deposition testimony of Dr. Tom Neuman, the pulmonary medicine expert designated by the defendants in this action.  Further, I have read Dr. Neuman's study entitled "Restraint Position and Positional Asphyxia".  I note that, to my knowledge, said study has not been published in any medical journal.

5.   The primary focus of my study was not the measurement of oxygen levels following exertion, but rather the impact on a restrained person's ability to breathe and replenish oxygen levels when restrained.  The fact that I used a pulse oximeter in my studies as opposed to drawing arterial blood gas and whether my concept of oxygen levels being decreased or increased following exertion, was not of crucial importance.  The fact remains that regardless of whether oxygen levels increase following exertion that condition presupposes that the lungs are able to replenish the oxygen in a person's system.  That is why a person who is winded after a long sprint or run, is often times gasping for air -

2

because that person has increased oxygen needs.  When a person is sat upon by a 270 lb. deputy or a 225 lb. deputy presses his knee into the small of the back of a restrained person, (as was the case with DAN PRICE) common sense and sound medical science tells us that that person will have difficulty breathing and, hence, because of the diminished "bellows-action" of the lungs (because of the external pressure), will be unable to meet the oxygen demands of that person's system.  In this scenario, a person's oxygen levels are, in fact, decreased because the lungs cannot fill up with air.

6.   I am not the only physician or scientist in the country that have made the same conclusions that I have made.  I have kept in touch with colleagues who have done similar studies throughout the country and I have read such studies.

Dr. Harold MacDannald, a pulmonologist in Northern California, has contacted me recently and tells me that his study, from the pulmonology viewpoint, confirms my studies and conclusions.  I have read Dr. MacDannald's study, and it does confirm my studies.

7.   I have written the following articles and studies: "Effects of Positional Restraint on Oxygen Saturation and Heart Rate Following Exercise" and "Positional Asphyxia During Law Enforcement Transport".  All of my articles herein have been published and subjected to peer review, (unlike the UCSD study). I have read other studies, such as:  "Restraint Asphyxiation in Excited Delirium" by Drs. R. L. O'Halloran and L.V. Lewman and Letters to Editor re: Restraint Asphyxiation by Charles S. Hirsch, M.D., other pathologists and medical examiners, across the country, who have made the same findings as I have, i.e. that maximum restraints, particularly so-called hogtie restraints do, in fact,

3

lead to positional asphyxia.

8.   Additionally, these studies also stress the point that even if not hogtied, that a person who is left prone, (on their belly), are susceptible to positional asphyxia, especially when those persons have endured a high energy struggle with police, are under the influence of drugs, are mentally ill, have had discharge of catecholamines in their system and are subject to external chest restriction.

9.   I note also, that Dr. Neuman's studies do not accurately recreate the facts of Dan Price's death, the cause of which was, in my opinion, accurately diagnosed by the San Diego Medical Examiner, John Eisele, M.D., as death by "Hypoxic Encephalopathy, due to "Restrictive Asphyxia with Cardio-Pulmonary Arrest, due to Maximum Restraint in Prone Position by Law Enforcement."   I note that Dr. Neuman's test subjects were young men of different builds and body fat content from Dan Price; that none of the subjects were subjected to outside pressures on their back, i.e. from deputies or persons similar to the deputies involved in the Price case including 270 lb. Deputy Groff and 225 lb. Deputy Talley, both of whom applied pressure to Mr. Price's back, while he was hogtied and earlier, prior to his death; none of the subjects were pressed upon 134 degree asphalt street paving which would create stress factors in any detained person, because of the intense heat being generated; none of the test subjects had small non-lethal amounts of methamphetamine in their system; none were experiencing emotional and psychological problems; none had just undergone a violent struggle resulting in facial wounds and deep wrist and ankle abrasions from the manacles used, and none had been "pepper

4

sprayed" two or three times prior to the hogtying.

10. Therefore, I can say certainly that the UCSD study conducted by Dr. Neuman and his colleagues does not recreate the instances of Dan Price's death. My medical opinion remains unchanged but enlightened by the defendants' study, which I note, was bought and paid for many years after I conducted my independent studies and four years after San Diego Police Department and many other police agencies had accepted my theories and banned hogtying, and nearly two years after the death of Dan Price and the filing of the wrongful death action on behalf of Dan Price, by his family. Further, I am aware that by August 1994, the San Diego County Sheriff Department less than two months after DAN PRICE's death, [but two years after the San Diego Police Department Final Report of the Custody Death Task Force Report, which was based in part upon my studies, resulted in hogtie banning by San Diego Police Department and other agencies], finally informed its deputies in a Training Bulletin, of the dangers of hogtying and positional asphyxia.

11. Dr. Neuman and the UCSD study does not refute or negate the basic concept of positional asphyxia. It merely postulates that hogtying healthy, voluntarily exercised people doesn't cause pulmonary restriction significant enough (only 13% deficit) to kill them. DAN PRICE and the instances of his death, bear little similarity to Dr. Neuman's subjects or study.

12. In preparing my opinions in this case, I have reviewed the San Diego Medical Examiner's investigative report and autopsy report; photos of Dan Price; deposition of Dr. John W. Eisele; depositions of sheriff deputies John Groff, Steven Clause, Samuel

Sheppard and Mark Talley; interviews by San Diego sheriffs of the four deputies (Groff, Clause, Sheppard and Talley); statements of witnesses including Amber and Heather Creighton, Sandi Bias, Gene Syrios, Tim Thomas, Jeff Alan Butler, National Weather Service Information regarding the temperature on the date of this incident and Poway Fire Department and San Diego Fire Department paramedic records, as well as Dan Price's hospital records for his treatment at Pomerado Hospital for the period of June 28 through June 30, 1994.

13.   Based on my review of this material and all my studies and experience as a pathologist, particularly with respect to my studies of the phenomenon known as positional and restrictive asphyxia, I am of the opinion, to a reasonable medical certainty, that Dan Price died as a result of the restraint maneuver which included restriction of his breathing with his face down in a prone position.   Chronologically, the hogtie restriction came first, then the cardiac pulmonary arrest occurred causing the hypoxic encephalopathy, as properly assessed by Dr. John W. Eisele.   The asphyxiation is the process which was set in motion by the hogtie maneuver and the compression, which did not allow for an effective exchange of oxygen to occur for Mr. Price.   Further, I am of the opinion, to a reasonable medical certainty, that methamphetamine did <u>not</u> cause Dan Price's death.   A review of the autopsy records indicates to me that Dan Price did not have the large heart vessel damage usually associated with arteriosclerosis.   Further, I am of the opinion to a reasonable medical certainty that Dan Price would not have experienced a cardiac event had he not been hogtied and would still be alive today had he not been hogtied by

the sheriff deputies in this case.  Although hogtying is inherently neutral, in some situations, as it was applied to Dan Price, based on my review of the history and the records, it can and will be fatal, as it was to Dan Price.  Physiologically, hogtying causes a person to lie face down (if left to do so) which causes the abdominal contents to be pushed up against the diaphragm.  If there is then some weight placed upon the back of the individual and that individual is unable to move his chest, coupled with muscle fatigue, effectiveness of that person's breathing in a face down prone position becomes more labored and can be fatal, as it was to Dan Price.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this __7__ day of __June__, 1997.

_____
DONALD T. REAY, M.D.

# EXHIBIT 1

# CURRICULUM VITAE

## PERSONAL:

Donald T. Reay          Date of Birth:          14 May 1937
10800 12th N.W.         Place of Birth:         Rock Springs, WY
Seattle, WA             Married: Judith         Children: 4

## EDUCATION:

| | | |
|---|---|---|
| Undergraduate: | University of Notre Dame<br>South Bend, Indiana | Bachelor of Science<br>1955-1959 |
| Medical Education: | University of Utah<br>Salt Lake City, Utah | Doctor of Medicine<br>1959-1963 |
| Internship: | University of Utah<br>Salt Lake City, Utah | Med-Path Intern<br>1963-1964 |
| Residency: | University of Utah &<br>Holy Cross Hospital<br>Salt Lake City, Utah | AP-CP Resident<br>1964-1967 |
| Fellowship: | Cleveland Clinic<br>Cleveland, Ohio | Forensic Pathology<br>1967-1968 |
| Graduate: | Seattle University<br>Seattle, Washington | Masters in Public<br>Administration<br>1978 |

## BOARD CERTIFICATION:

Anatomic and Clinical Pathology:          May 1969

Forensic Pathology:          May 1970

## LICENSE TO PRACTICE:

Washington   1973

Previous Licensure:  Utah, Wyoming

BY _____/_____   DATE 4-26-96
WITNESS _____Reay_____
_____ CHRISTY

Donald T. Reay, M.D.                                                                                    Page 2

## MILITARY SERVICE:

Active Duty USAF        Lt. Col.      1968 to 1973

USA Reserve   (Retired) Colonel      1980 to 1995

Active Duty USA
    11 Jan 91 to 12 Apr 91            Madigan Army Medical Center
    Operation Desert Storm

## MEMBERSHIP IN MEDICAL AND SCIENTIFIC SOCIETIES:

American Society of Clinical Pathology (Fellow)
American Academy of Forensic Science (Fellow)
Washington Society of Pathologists
National Association of Medical Examiners
Pacific Northwest Society of Pathologists
King County Medical Society
Washington State Medical Association
American Medical Association
Canadian Society of Forensic Sciences
College of American Pathology (Fellow)
American Association of Military Surgeons
International Wound Ballistics Association

## OFFICES IN MEDICAL/SCIENTIFIC SOCIETIES:

Armed Forces Institute of Pathology:
    Scientific Advisory Board:               15 Nov 94-96

Association of Military Surgeons of the United States:
    Editorial Board                          Appointed 1991

Journal of Forensic Sciences: Editorial Board    Appointed 1990

National Association of Medical Examiners:
    a)  President                            (1987-1988)
    b)  Chairman, Board of Directors         (1988-1989)
    c)  Board of Directors & Executive Committee    (1981-1989)
    d)  Pro-Tem Secretary Treasurer          (1988-1989)

Washington State Society of Pathologists:        Past President
                                                 (1981-1983)

American Board of Pathology:
    Forensic Test Committee                  (1981-1986)

Washington State Medical Association: Interspecialty Committee   Past Member

American Journal of Forensic Medicine & Pathology:
    Editorial Board                                      (1980-1989)

American Society of Clinical Pathologists:
    Forensic Council - Continuing Medical Education Committee
                                      (1984 to 1990)
American Society of Clinical Pathologists:
    Committee - In-service Examination for AP Residents
                                        (1984)


## COMMITTEE AND PUBLIC POLICY BOARDS:

Governor's Forensic Investigation Council, January 1984, Chairman - 1986 to
    present

Forensic Committee, College of American Pathologists 1989 - Present

Member - Panel selected to review Maga autopsy in the Singapore - Philippine
    controversy, 1995

DNA Fingerprinting Technical Advisory Committee Chairman, King County, 1988

DNA Identification Oversight Committee, (Appointed by Governor), 1989

King County Executive's Committee to study use of force in detention facilities
    December 1983

Mayor's Committee on drunk drivers - August 1983 - 1984

Corrections Standard Board Advisor, Olympia, Washington - 1981

Washington State Medical Association Committee on drunk driving - 1983

Executive Committee, King County Medical Society - Anti-Drinking and Driving
    Committee - 1985

Recombinant DNA Committee, University of Washington - 1985 - 1986

Serial Murder Multi-Agency Investigation Team Project - Texas Criminal Justice
    Center - Sam Houston State University 1986

Executive Committee, Harborview Injury Prevention Center June 1986 to present

Donald T. Reay, M.D. Page 4

## MAJOR POSITIONS:

Chief Medical Examiner
King County, Seattle, Washington

1 Nov 1975 to
present

Deputy Chief Medical Examiner
King County, Seattle, Washington

17 Dec 1973 to
1 Nov 1975

Chief, Department of Pathology  USAF Academy
USAF Academy Hospital

15 Jul 1972 to
15 Dec 1973

Senior Specialist in Histopathology    RAF Halton
RAF Institute of Pathology and        Bucks, Eng.
Tropical Medicine

15 Jul 1970 to
Jul 1972

Chief, Accident Pathology Branch
Armed Forces Institute of Pathology, Wash, DC
                    and
Registrar, Registry of Accident Pathology

Aug 1968 to
15 Jul 1970

## ACADEMIC - RESEARCH - OTHER POSITIONS:

Professor of Pathology, University of
Washington, Seattle, Washington

1 Jul 1991 to
present

Associate Professor of Pathology, University of
Washington, Seattle, Washington

1 Jul 1983 to
present

Assistant Professor of Pathology, University of
Washington, Seattle, Washington

1 Mar 1974 to
1 Jan 1983

Clinical Faculty, School of Health Sciences of
Seattle Pacific University, Seattle, Washington

1 Jun 1979 to
1 Jun 1980

Course Director, Annual Death Investigation Seminar
University of Washington, Seattle, Washington

Biennial

Police Instructor, Police Standards Council,
Sitka, Alaska

May 1978 to
May 1982

Instructor, Criminal Justice Training Commission,
State of Washington

1978 to present

Instructor, Washington State Patrol Academy,
Shelton, Washington

1980 to present

Donald T. Reay, M.D.                                                                                   Page 5

Lecturer in Forensic Medicine, USAF Academy          Jul 1972 to
Colorado                                             Dec 1973

AFIP Consultant, National Highway Safety Bureau      Oct 1970 to
Dept. of Transportation, Washington, DC              5 Jul 1973
Universities Associated for Research  Scientist      1 Jan 1969 to
and Education in Pathology, AFIP Associate           15 Jul 1970

Skylab Medical Recovery Team, Missions III & IV,
NASA-USAF                                            1972 - 1973

Member, NATO Committee on Traffic Safety
Wolfsberg, Germany                                   Sep 1968

## PUBLICATIONS:

Reay, D.T., Weissman, N., and Carnes, W.H.: Effects of elastase digestion and formic acid extraction on aortas from copper-deficient pigs, Fed. Proc. 22:161, 1963

Weisman, N., Reay, D.T., Coulson, W.F. and Carnes, W.H.: Elastin content of aorta determined by elastase digestion and formic acid extraction, Lab. Invest. 14:372, 1965

Adelson, L., Huntington, R.W., and Reay, D.T.: "A Prisoner is Dead". Police 13:49, 1968

Reay, D.T., and Modic, J.L.: Splenic rupture in childhood infectious mononucleosis, Ohio St. Med. J. 65:388, 1969

Reay, D.T.: The time of death, Military Police Journal 19:11, 1969

Reay, D.T.: Case for diagnosis (traumatic pneumocephalus) Milit. Med. 134:359, 1969

Reay, D.T. and Hazelwood, R.: Death in military police custody and confinement, Milit. Med. 135:342, 1970

Reay, D.T.: Syllabus on accident pathology with 100 slides, 30 pp. Published by American Registry of Pathology, July 1970

Reay, D.T.: Accident Pathology, USAF Med. Serv. Dig. 21:15, Nov 1970

Reay, D.T.: USAF/RAF Exchange Program for Pathologists. USAF Med. Serv. Dig. 22:34, June 1971

Reay, D.T.: Current methods in automobile accident pathology. Int.Acad. of Path. Bull., Spring Edition: 10, 1972

Reay, D.T.: Policies, procedures and structure. January 1977: Deaths under the jurisdiction of the Medical Examiner. February  1977:  Natural death and the Medical Examiner. March 1977: When a Medical Examiner's autopsy is performed. April 1977: Release of autopsy examination. May 1977: The Medical Examiner and deaths in the emergency room. July 1977:  Violent death in King County 1979: November 1980; Bulletin of King County Medical Society

Reay, D.T.: "The development of rational medicolegal death investigation in the United States: An Historical Perspective"? (Unpublished Master's Thesis, Seattle University, 1978)

Reay, D.T.: The investigation of sudden and violent death, University of Washington Medicine, Vol. 5, No. 4:3-10, Winter 1978

Reay, D.T.: Death investigation performed by Medical Examiner, University of Washington Hospitals SYNAPSE: Vol 6, No.1, February/March 1979

Reay, D.T. and Nakonechny, D.S.: Sudden death due to pneumococcal sepsis in splenectomy, J. For. Sci., 24:757-761, October 1979

Reay, D.T.: Forensic Medicine. Encyclopedia of Science and Technology 5th Edition, Fall 1980

Eisele, J.W. and Reay, D.T.: Death related to coffee enemas, JAMA, 224:1608-9, October 1980

Eisele, J.W. and Reay, D.T.: Sites of suicidal gunshot wounds, J. For. Sci. 6:480-485, July 1981

Reay, D.T. and Chevrier, M.I.: Policy and Procedural Manual - King County Division of Medical Examiner, September 1980

Wales, L.R., Morishima, M.S., Reay, D.T., and Johansen, K.: Nasogastric tube displacement in acute traumatic rupture of thoracic aorta: A study in victims in fatal motor vehicle accidents, Am. J.Roentgen., May 1982

Eisele, J.W., O'Halloran, R.L., Reay, D.T., Lindholm, G.R., Lewman, L.V., and Brady, W.J.: Deaths from acute volcanism, NEJM. 305:931-936, October 1981

Reay, D.T. and Eisele, J.W.: Deaths from law enforcement neck holds,  Am. J. For. Med. & Path., 3:253-258, September 1982

Reay, D.T. and Halloway, G.A.: Changes in carotid blood flow produced by neck compression, Am. J. For. Med. & Path., 3:199-202 September 1982

Eisele, J.W., Bonnell, H.J., and Reay, D.T.: Boot top fractures in pedestrians: A forensic masquerade, Am. J. For. Med. &  Path., 4:181-184, June 1983

Reay, D.T. and Mathers, R.L.: Physiological effects of neck holds, FBI Law Enforcement Bulletin, pp 12-15, July 1983

Reay, D.T. and Eisele, J.W.: Sexual abuse and death of an elderly woman by fisting, Am. J. For. Med. & Path., 4:347-349, December 1983

Eisele, J.W. and Reay, D.T.: Ethanol in sequestered hematomas: Quantitative evaluation, Am. J. Clin. Path., 81:352-355, 1983

Reay, D.T., Insalaco, S.J. and Eisele, J.W.: Postmortem methemoglobin levels and their significance, J. For. Sci., 29:1160  1163, October 1984

Eisele, J.W., Frisino, J.D., Haglund, W.D. and Reay, D.T.: Teenage suicide in King County, King County Med. Soc. Bull., 63:24-25, May 1984

Donald T. Reay, M.D.                                                                          Page 8

Reay, D.T., Eisele, J.W., Ward, R., Horton, W., and Bonnell, H.J.: A procedure
        for the investigation of anesthetic/surgical deaths. J. For. Sci., 30:822-827,
        July 1985

Luke, J.L., Reay, D.T., Eisele, J.W. and Bonnell, H.J.: Correlation of
        circumstances with pathological findings in asphyxial deaths by hanging: A
        prospective study of 61 cases from Seattle, Washington. J. For. Sci.,
        30:1140-47, October 1985.

Kellerman, A. and Reay, D.T.: Protection or Peril?: An analysis of firearm-related
        deaths in the home. NEJM., 314:1557-1560, June 1986.

Reay, D.T., Haglund, W.D., Bonnell, H.J.: Wah Mee Massacre: The Murder of
        Thirteen Chinese Adults in a Seattle Gambling Club. J For. Med. & Path.,
        7(4):330-336, 1986

Monnat, R.J. and Reay, D.T.: Nucleotide Sequence Identity of Mitochondrial
        DNA from Different Human Tissues. GENE, 43:205-211, 1986

Ward, R.J., Eisele, J.W., Reay, D.T., Horton, W.G.: Hemolysis and Hyperkalemia
        Complicate Malignant Hyperpyrexia during Anesthetic Death. J. For. Sci.,
        31:543-545, April 1986

Eisele, J.W., Frisino, J., Haglund, W., & Reay, D.T.: Teenage Suicide in King
        County, Washington: I. Rates of Suicides for 26 Years. Am. J. For. Med.
        & Path., 8:208209, September 1987

Eisele, J.W., Frisino, J., Haglund, W., & Reay, D.T.: Teenage Suicide in King
        County, Washington: II. Comparison with Adult Suicides. Am. J. for. Med.
        & Path., 8:210-216, September 1987

Haglund, W.D., Reay, D.T., & Snow, C.C.: Identification of Serial Homicide
        Victims in the Green River Murder Investigation. J. For. Sci., 32:1666-
        1675, November 1987

Reay, D.T. & Fligner, C.L.: Cause of Death (letter) JAMA 22:3253, 1987.

Reay, D.T., Howard, J.D., Fligner, C.L., & Ward, R.J.: Effects of Positional
        Restraint on Oxygen Saturation and Heartrate Following Exercise. Am. J.
        For. Med. & Path., 9(1):16-18, 1988.

Howard, J.D., Reay, D.T., Haglund, W.D., & Fligner, C.L.: Processing of Skeletal
        Remains: A Medical Examiner's Perspective. Am. J. For. Med. & Path.,
        9(3):258-264, 1988.

Haglund, W.D., Reay, D.T., & Swindler, D.R.: Tooth Artifacts and Survival of
        Bones in Animal-Scavenged Human Skeletons. J. For. Sci., 33:985-997,
        July 1988

Donald T. Reay, M.D.                                                                    Page 9

Sloan, J.H., Kellermann, A.L., & Reay, D.T., et al: Handgun Regulations, Crime, Assaults, and Homicide: A Tale of Two Cities. NEJM, 319:1256-1262, November 1988.

Haglund, W.D., Reay, D.T., & Snow, C.C.: "Identification of Serial Homicide Victims in the 'Green River Murder' Investigation," J. For. Sci., 32:1666-- 1675, November 1988.

Ward, R.J. & Reay, D.T.: Anesthetic Death Investigation, Legal Medicine 1989, Butterworth Legal Publishers, pp 39-58.

Reay, D.T. & Fligner, C.L.: Earlobe Creases (letter) Am. J. For. Med. & Path., 10(1):91, 1989.

Haglund, W.D., Reay, D.T., & Swindler, D.R.: Canid Scavenging/ Disarticulation Sequence of Human Remains in the Pacific Northwest, J. For. Sci., 34:587-606, May 1989.

Rivara, F.P., Reay, D.T., & Bergman, A.B.: Analysis of Fatal Pedestrian Injuries in King County, WA, and Prospects for Prevention, Public Health Reports, Vol. 104, No. 3:293-297, May-June 1989.

Sloan, J.H., Rivara, F.P., Reay, D.T., Ferris, J.A.J., & Kellermann, A.L.: Firearm Regulations and Rates of Suicide: A Comparison of Two Metropolitan Areas. NEJM, 322:369-373, February 1990.

Haglund, W.D, Reay, D.T., & Tepper, S.L.: Identification of Decomposed Human Remains by Deoxyribonucleic Acid (DNA) Profiling, J. For. Sci., 35:724- 729, May 1990.

Reay, D.T.: Handbook of Forensic Pathology, College of American Pathologists, Chapters - Asphyxial Deaths & Deaths in Custody, pp. 117-123 & 267- 269, May 1990.

Kellermann, A.L., Rivara, F.P., Reay, D.T. & Fligner, C.L.: Validating Survey Responses to Questions about Gun Ownership Among Owners of Registered Handguns. Am. J. Epidemiology, 31:1080-4, 1990.

Tepper, S.L., Fligner, C.L., & Reay, D.T.: Atlanto-occipital Disarticulation: Accident Characteristics. Am. J. For. Med. & Path., 11(3): 193-197, 1990.

Eddy, A.C., Rusch, V.W., Fligner, C.L., Reay, D.T., & Rice, C.L.: The Epidemiology of Traumatic Rupture of the Thoracic Aorta in Children: A 13 year Review. J. Trauma, Vol. 30, No. 8: 989-992, 1990.

Haglund, W.D., Reay, D.T., & Fligner, C.L.: Death Notification. Am. J. For. Med. & Path, 11(4): 342-347, 1990.

Kellermann, A.L., Rivara, F.P., Banton, J., Reay, D.T., Fligner, C.L.: Validating Survey Responses to Questions About Gun Ownership Among Owners of Registered Handguns. Am. J. Epidemiol., 131:1080-4, 1990.

Loebel, J.P., Reay, D.T., et al: Anticipation of Nursing Home Placement May be a Precipitant of Suicide among the Elderly. JAGS, 39:407-408, 1991.

Haglund, W.D. & Reay, D.T.: Use of Facial Approximation Techniques in Identification of Green River Serial Murder Victims. Am. J. For. Med. & Path, 12(2): 132-142, 1991.

Reay, D.T., Fligner, C.L., Stilwell, A.D., & Arnold, J.: Positional Asphyxia During Law Enforcement Transport. Am. J. For. Med. & Path., 13(2):90-97, 1992.

Luke, J.L. & Reay, D.T.: The Perils of Investigating and Certifying Deaths in Police Custody. Am. J. For. Med. & Path., 13(2):98-100, 1992.

Kellermann, M.D., Rivara, F.P., Somes, G, Reay, D.T., Francisco, J., Banton, J.G., Prodzinski, Fligner, C.L., & Hackman, B.B.: Suicide in the Home in Relation to Gun Ownership. NEJM, 327(7):467-472, 1992.

Michaud, M.D., Rivara, F.P., Grady, M.S., & Reay, D.T.: Predictors of Survival and Severity of Disability after Severe Brain Injury in Children. Neurosurgery, Vol 31, No 2., August, 1992

Haglund, W.D. & Reay, D.T.: Problems of Recovering Partial Human Remains at Different Times and Locations: Concerns for Death Investigators. J. For. Sci., Vol 38, No 1. January, 1993

Kellermann, A.L., Rivara, F.P., Rushforth, N.B., Banton, J.G., Reay, D.T., et al: Gun Ownership as a Risk Factor for Homicide in the Home. NEJM, Vol 329, No 15:1084-1091, October, 1993

Reay, D.T., Cohen, W., & Ames, S.: Injuries Produced by Judicial Hanging: A Case Report. Am. J. For. Med. & Path., 15(3):183-186, 1994.

Wallace, S.K., Cohen, W.A., Stern, E.J., Reay, D.T.: Judicial Hanging: Postmortem Radiographic, CT, and MR Imaging Features with Autopsy Confirmation. Radiology, Vol 193, No 1:263-267, May 1994.

Reay, D.T.: So You're A Forensic Scientist, That Must Be Interesting. Forum, Supplement to Canadian Society of Forensic Science Journal, Vol 27, #4, December 1994.

Hartshorne, N.J. & Reay, D.T.: Judicial Hanging (letter) Am. J. For. Med. & Path., 16(1):87, 1995.

Donald T. Reay, M.D.                                                    Page 11

Reay, D.T.: Check Sample, Editorial Comment: Forensic Pathology No FP 95-1
(FP-202) <u>ASCP</u>, Vol 37, No 195, 1995.