USDC SCAN INDEX SHEET






PRICE

COUNTY OF SAN DIEGO

TB    2/10/98    17:47
3:94-CV-01917
*204*
*SUPPL.*

```
1  CHARLES R. WOODS (SB #95637)
   TROST, STREET, WOODS & MESSINA
2  1202 Kettner Boulevard, Suite 4300
   San Diego, California 92101
3  (619) 233-7633

4  Attorneys for Plaintiffs
```



FILED

FEB 10 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN PRICE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>        Defendants. | CASE NO. 94-1917R (AJB)<br><br>PLAINTIFFS' SUPPLEMENTAL<br>OBJECTION TO BILL<br>OF COSTS<br><br>DATE: February 11, 1998<br>TIME: 2:00 p.m.<br>PLACE: Clerk's Office<br>       880 Front St., Rm. 4214<br>       San Diego, CA 92101 |

In addition to Plaintiffs' Objections to Defendants' Costs Bill, previously filed on January 30, 1998, Plaintiffs object to Defendants' request for $1,367.25 for trial court reporter transcripts. It is believed that at trial, Judge Rhoades ordered most of his own transcripts.

Where an order for daily transcripts of testimony is for the convenience of the attorney, the cost cannot be taxed to the opponent

//

1

ORIGINAL 204

in the event of success in the merits. <u>Newman v. A.E. Staley Manufacturing Co.</u>, 648 Ff.2d 330, 336 (5th Cir. 1981).

See Exhibit 1 hereto.

Dated: 2-10-98

Respectfully submitted,

TROST, STREET, WOODS & MESSINA

_____
CHARLES R. WOODS,
Attorney for Plaintiffs

\price\trial\suppobj.cos

2

**EXHIBIT 1**

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANN PRICE, ET AL.

v.

COUNTY OF SAN DIEGO, ET AL.

**BILL OF COSTS**

Case Number: 94-1917-R

Judgment having been entered in the above entitled action on 1/12/98 against plaintiffs
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 120.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | objection 1367.25 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | objection 2351.75 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 297.30 |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | objection |
| Other costs (please explain) ... Cost of U.C.S.D. Study $34968.27 objection | 51481.99 |
| Costs incident to taking depositions $16513.72 (see attachment #2. | |
| objection TOTAL $ | 55638.29 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.   objection

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

personally served on Charles Woods, Esq., attorney for plaintiffs

Signature of Attorney: _____
JOHN J. SANSONE, by , RICKY R. SANCHEZ, Deputy

Name of Attorney: _____

For: County of San Diego, et al    Date: Jan 27/98
Name of Claiming Party

Costs are taxed in the amount of _____ and included in this judgment.

By: _____
Clerk of Court        Deputy Clerk        Date

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
| 3 | PROOF OF PERSONAL SERVICE |

CASE NAME: PRICE et al. v. COUNTY OF SAN DIEGO, et al.
CASE NO.: 94-1917R (AJB)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California; I am over the age of 18 and not a party to the within action; my business address is 1202 Kettner Blvd., Ste. 4300, San Diego, California 92101.

    On February 10, 1998, i served the foregoing document(s) described as:

**PLAINTIFFS' SUPPLEMENTAL OBJECTION TO DEFENDANTS' BILL OF COSTS**

on all interested parties to this action by placing an original and/or true copy thereof enclosed in a sealed envelope addressed as follows:

**RICKY SANCHEZ, DEPUTY COUNTY COUNSEL**
COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

[ ] [BY MAIL) By delivering the above-referenced to the United States Post Office or its representative with postage thereon fully prepaid on a business day.

[X] (BY PERSONAL SERVICE] I caused the above-referenced copies to be delivered personally to the persons above-referenced.

[ ] [VIA FACSIMILE] I caused the above-referenced copies to be relayed via facsimile transmission to the persons above-referenced.

    Executed this __10th__ day of February, 1998, at San Diego, California.

CHARLES R. WOODS

1